In the Matter of AUDREY CARDINAL, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.